UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLAN FABRICIO SOTO TOME,<br><br>　　　　　Defendant. | Case No. 3:20-cr-00062-RCJ-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Allan Fabricio Soto Tome, that the Sentencing Hearing currently scheduled on March 21, 2022, be vacated and continued to June 6, 2022 at 10:00 a.m. or a date and time convenient to the Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is newly assigned to this case and needs additional time to prepare for sentencing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 8th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Andolyn R. Johnson*<br>By_____<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLAN FABRICIO SOTO TOME,<br><br>  Defendant. | Case No. 3:20-cr-00062-RCJ-CLB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, March 21, 2022, at 11:00 a.m., be vacated and continued to June 6, 2022, at the hour of 10:00 a.m.

DATED this 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE