UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLAN FABRICIO SOTO TOME,<br><br>  Defendant. | Case No. 3:20-cr-00062-RCJ-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Allan Fabricio Soto Tome, that the Sentencing Hearing currently scheduled on June 6, 2022, be vacated and continued to a date and time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Due to communication limitations at the prison facility, Defense counsel needs additional time to confer with Mr. Soto Tome in preparation for his sentencing hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 25th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Andolyn R. Johnson*<br>By_____<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLAN FABRICIO SOTO TOME,<br><br>　　　　　Defendant. | Case No. 3:20-cr-00062-RCJ-CLB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 6, 2022, at 10:00 a.m., be vacated and continued to Monday, August 29, 2022, at the hour of 10:00 AM in Reno Courtroom 3.

　　　DATED this 31st day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3